IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BAKTASH FATTAHI,

    Petitioner,

v.                                                                                  4:13cv436-WS

JOEY B. DOBSON, et al.,

    Respondents.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed August 20, 2013. See Doc. 4. The magistrate judge recommends that this action be transferred to the Middle District of Florida. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order of the court.

    2. The petitioner's motion to transfer (doc. 3) is GRANTED.

    3. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

DONE AND ORDERED this <u>   26th   </u> day of <u>    September   </u>, 2013.

<u>s/ William Stafford                                  </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:12cv654-WS